UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

TYRELL DANDRE CAMPBELL,

      Defendant,

**INDICTMENT**

18 U.S.C. § 751(a)

*24cr280 JWB/DJF*

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Escape From Custody)

On or about March 4, 2024, in the State and District of Minnesota, the defendant,

**TYRELL DANDRE CAMPBELL,**

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and lawfully confined to the Volunteers of America Residential Reentry Center at the direction of the Attorney General, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
UNITED STATES ATTORNEY

_____
FOREPERSON



SCANNED
OCT 1 7 2024
U.S. DISTRICT COURT ST. PAUL